SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
FEB 14 2008
J.T. NOBLIN, CLERK
BY _____ DEPUTY

Complaint 1 of 14

1  UNITED STATES DISTRICT COURT
2  For the Southern District of Mississippi
3  Jackson Division
4  JAMES H. STERN                          Case No. 2:08CV33KS-MTP
5      Plaintiff                           42 USC § 1983 Jurry Trial Demand
6  -vs-                                    1. Pesonal injury
7  CHRISTOPHER EPPS                        2. Violation of State laws on Smoking
   Mississippi Department of Corrections
8  American Correctional Association       3. Violation of ACA Standards
9  GT Enterprise of MS INC                 4. Violation of Constitutional Rights
10 AmSouth Bank                            5. Embezelment
11 Hancock Bank                            6. Fraud
12 Jim Hood, Attorney General Mississippi  7. Money laundering
13 Myrick Jackson, Dept AG MS              8. Perjury § 97-9-59
14 Grant Hedgepeth, Dept AG MS             9. Obstruction of Justice
15 Barbra Dunn, Circuit Clerk Hinds Co.    10. Refusal to give certified copies
16 Does 1-20                                   of papers § 97-11-17
                   Defendants
17
18
19 Plaintiff James H. Stern, not a resident of the State of Mississippi
20 but presently is incarserated in a State prison, Southern Mississippi Correctional
21 Institution located at P.O. Box 1419 Leaksville, MS 39451. Plaintiff
22 has filed a petition for Habeas Corpus relief pursuant to 28 USC § 2254
23 and it was dismissed without prejudice for failure to exhaust
24 available state remedies wich are now in the prosses. Case No. 3:07-CV-
25 317-WHB-LRA. Also Plaintiff has a 42 USC § 1983 filed before his
26 conviction to the Mississippi Department of Corrections # 3:07-CV-348-
27 DPJ-JCS still in litigation. There are no other cases.
28

Complaint 2 of 14

CHRISTOPHER EPPS, Commissioner

1. Mississippi Department of Corrections located at 723 North
2. President Street Jackson, MS 39202 is sued in it's official
3. and supervisory capacity set in motion a series of event it knew
4. about or should have knew about that led to the injuries
5. and damages of Plaintiff.
6.
7. American Correctional Association located at 4380 Forbes Blvd.
8. Lanham, Maryland 20706 and as a Accreditor in the state of Mississippi
9. Doing Business also located at 723 North President Street, Jackson,
10. MS 39202 is sued in it's official and supervisory capacity
11. set in place a series of events it knew about or should have knew
12. about that led to the injuries and damages of Plaintiff.
13.
14. GT Enterprise located at P.O. Box 1779 Brandon, MS 39043
15. and as a vendor of the Mississippi Department of Corrections is also
16. located at 723 North President Street, Jackson, MS 39202 is sued in it's
17. official and supervisory capacity set in place a series of events it
18. knew about or should have knew about that led to the injuries and
19. damages of Plaintiff.
20.
21. Handcok Bank location not fully known but is in Gulfport,
22. MS is sued in it's official and supervisory capacity.
23.
24. Am South Bank location not fully known but is doing business
25. in Jackson, MS 39202 Bank ABA # 055305436 is sued in
26. it's official and supervisory capacity set in motion a series of events
27. it knew about or should have known about that led to the injuries
28. and damages of Plaintiff.

1. Jim Hood Attorney General, Myrick Jackson Dept. AG, Grant
2. Heogrepeth Dept. AG, located at 802 North State Street
3. Suite 303 Jackson, MS 39225 is sued in there official and
4. supervisory capacity, set in place a series of events they knew about
5. or should have knew about that lead to the injuries and damages of plaintiff.
6.
7. Barbra Dunn Circuit Clerk Hinds County located at 316 South President
8. Street, Jackson MS 39201 is sued in her official and supervisory
9. capasity set in motion a series of events she knew about or should
10. have knew about that lead to the injuries and damages of plaintiff.
11.              Issue Process
12. Plaintiff ask for the United States District Clerk issue
13. summons to all named defendants and a copy of the
14. complaint be attached and the United States Marshal serve
15. the same pursuant to 28 U.S.C. § 1915(d) or whatever is proper.
16.
17. Defendant Am South Full location in Jackson Mississippi 39202
18. A bank is not known and it's full address is asked to be discovered
19. and for them to be served there.
20.
21. Does 1-20 proper names and addresses are undetermined
22. at this time will be added as they become known.
23.
24.              First Statement
25. Defendants have no defence for which a good faith legal and/or
26. factual basis exist. Plaintiff asserting his constitutional right
27. to a jury trial on all state law, federal law and all
28. causes brought in this complaint.

### SECOND STATEMENT

2. The complaint state claims upon which relief can be granted.

### THIRD STATEMENT

5. Defendants have illegally denied plaintiff the right to comply with the mandatory provisons of Mississippi's Tort Claim Act as codified in Mississippi Code Annotated §11-46-1 et seq... Plaintiff is being kept from complying with mandatory notice requirements as detailed in the mandatory Mississippi Tort Claims Act. Keeping him from the law library has enabled them to use there inmate legal assistance program to wrongly direct plaintiff from needed forms to file. Therefore as a matter of law plaintiff has satisfied all requirements, and here now sue the administrative program.

### FOURTH STATEMENT

15. Defendants breached a duty owed to the plaintiff and violated his rights and privileges therefore they are liable for damages.

### FIFTH STATEMENT

19. The matter set forth in this complaint rises to the level of a constitutional violation and such matters are properly before this court.

### SIXTH STATEMENT

23. Defendants posses no immunity herein from suit and/or liability and/or damages they are sued in the official and supervisory capasity.

### SEVENTH STATEMENT

2. Defendants committed acts or omission which caused injury,
3. damage and deprivation to the Plaintiff and Defendant is
4. therefor liable in damages.

### EIGHTH STATEMENT

7. As a matter of law, the Plaintiff is entitled to relief from Defendant

### NINTH STATEMENT

10. These matters set forth in the complaint are not time barred by
11. the applicable statute of limitations.

### TENTH STATEMENT

14. Plaintiff hereby specifically pleads that all allegations of the complaint
15. are true and he is not guilty of either contributory negligence
16. or affirmative conduct in connection with the events complained.

### ELEVENTH STATEMENT

19. Plaintiff's alleged injuries are factual and harm caused was
20. foreseeable, by persons, forces or entities for whom the Defendant
21. is liable and responsible, as such being intervening, superseding
22. causes, breaking causal link to this Defendant.

### TWELFTH STATEMENT

25. At all times, Defendants did not act in good faith or reliance upon
26. then existent law and is therefore not entitled to qualified immunity
27. or a special good faith defense

### THIRTEENTH STATEMENT

Plaintiff is suing defendants for an inadequate remedy program, one they violate. All there own established procedures and statue of limitations which in this case has caused actual physical pain and injuries to plaintiff and irreparable harm. Defendants carry out remedy program to obstruct justice and carry out other illegal acts that block inmates from the court. Evidence will show this is not a isolated insodent.

### FOURTEENTH STATEMENT

Defendants at all times complained of, acted in bad faith, with total malice, reckless disregard, and deliberate indifference, injurious intent with evil motives and are guilty of wrongful or tortous conduct.

### FIFTEENTH STATEMENT

Additionaly damages, losses and deprivation to plaintiff was caused by official policy, practices, customs of defendants. Plaintiff loss, injuries and damages is the result of the official governmental policy, custom or practices attributable to defendants. Furthermore defendant is guilty of deliberate abuse of inherent government power and had no penological justification for all actions undertaken by them.

### SIXTEENTH STATEMENT

Plaintiff claim for punitive damages must be sustained because he can prove every element of such claims beyound a reasonable doubt.

## Seventeenth Statement

2. Plaintiff is under imminent danger of serious physical injury
3. and has all ready undergone pain from tortorus treatment, state
4. his rights to proceed under 28 U.S.C. § 1915.

## Eighteenth Statement

7. This case being in part a whistle blower case on millions
8. of identified dollars embezeled in a fraudulent manner
9. Personal identifiers are necessary and relevent in the coures of
10. litigation and will be stated in pleadings and other court-filed documents,
11. including exhibits, in such redacted format as may be appropiate under
12. the circumstances. 44 USCR §§ 3500 et seq (B.) Redacted Personal
13. identifiers (E.) Redacted sensitive information and data.

15. Christopher Epps
Mississippi Department of Corrections, American Correction Association,
16. GT Enterprise of MS Inc., are responcible for personal injuries
17. Plaintiff have sastained. Plaintiff have ben placed on 9 diffeant
18. kinds of pain pills for migrain head aches since July 10, 2007
19. and Plaintiff has chess, thought pain that's unberable and untreatable
20. do to the constant source of his injuries, hi levels of second hand smoke
21. from tabacco, hi levels of carbon dioxide and a lack of oxygen. Plaintiff
22. is illegally subjected to tar and nikoteen in a inclosed area for 23 hours
23. a day with a constant burning wick made of toilet paper. There
24. are 100 people per housing unit and 92 smoke at all times in
25. this state building, sleeping areas, TV areas and restroom/shower area.
26. even correctional officers light up and smoke as they walk through at
27. count time. The tabacco is sold strickley for profit and packaged
28. exclusivly for GT Enterprise of MS Inc. GT Enterprise has

1. A exclusive contract with Mississippi Department of Corrections
2. to sale products for a profit at the expence of Plaintiffs Health
3. which is protected under state laws on smoking, ACA standards
4. on smoking and constitutional rights, MDOC violated smoking
5. laws for profit and tortous practices. ACA ignore MDOC illegal
6. actions violating there approved nonprofit statues charter,
7. GT Enterprise suplies MDOC with product for profit, to them
8. selves and MDOC and ignore illegal acctions to keep exclusive deal.
9. These illegal actions add to exsisting medical problems of plaintiff
10. and plaintiff has ben documented as medical class 3 and no provisions
11. are taken to accomidate him, American Disabilitie Act. (ADA)
12.
13. CHRISTOPHER EPPS
    Mississippi Department of Corrections and American Correctional Association
14. Defendants, violate plaintiff constitutional right to have access to the
15. courts and being pro se access to the law library. The ACA has
16. approved this and all MDOC institutions stating they meat all requirements,
17. a law lybrary is one. The inmate legal assistance program is
18. only for inmates that can't make meaningfull use of the law
19. lybrary not to replace it. The inmate legal assistance program
20. steer and direct inmates in the wrong direction on purpose
21. and with hold materials plaintiff is intitled to. These defendants
22. also violate the Administrative Remedy Program in all areas
23. to block the complaints of plaintiff an all other inmates. Discovery
24. will show this verry simply. The Legal mail procedures by these
25. two are carried out in a highly illegal fasion which will be
26. proven beyound a shadow of a dought.
27.
28.

1. CHRISTOPHER EPPS MISSISSIPPI DEPARTMENT OF CORRECTIONS, American correctional Association,
2. GT Enterprise of MS Inc, and AM South Bank Defendants, All
3. Potisipate in embezelment of inmates money, Fraud and money
4. laundering, Plaintiff have identified Actual Bank accounts this
5. money is Being Deposited and withdrawn, This is Being Done
6. in the amounts of $6.00 - $20.00 at a time per inmate's
7. account multiplying that times 18000 - 24000 inmates Giving
8. a yearly theft of about $6,000,000 (six million - Eighteen million)
9. Plaintiff files this claim under the Whistle Blowers laws
10. that apply and with Plaintiffs knowledge of actual Bank accounts
11. investigators will be able to Audit and confirm charges.
12.
13. Jim Hood Attorney General, My Rick Jackson Dept. AG, and Grant
14. Hedgepeth Dept. AG Defendants All committed Perjury in Plaintiff
15. Criminal Case To Force a conviction and Do Damage To Plaintiff,
16. While Criminal matter is Going To State Supream Court Buy Choice
17. of Federal court instructing state Remedys be exhausted, Civil
18. Violation are all ready established. Evidence is well Astablished.
19. This Perjury was a obstruction of Justice.
20.
21. BarBra Dunn Circuit Clerk Hinds County Defendant Refused
22. To give certified copie of Papers, Papers in this claim was
23. a motion For Dissmissel she under court record Admitted
24. to holding it for About 4 months and never Filing original
25. motion By Plaintiff in this case, a Defendant in criminal case.
26. After 4 months she had it in open court Displaying it stating
27. She didnt think the Judge wanted it Filed.
28.

## First Cause of Action
## Personal Injurie

3. Plaintiff has sustained injuries and damages do to the illegal, unlawfull actions of defendants. Migrain Headaches, Throut Pain, Chess Pain, Eyes in Pain, lack of sleep, Heart problems and Emphysema are some of my injuries.

## Second Cause of Action
Violation of State laws on Smoking in State Buildings.
Defendants do not follow any of the established laws on not smoking.

## Third Cause of Action
Violation of American Correctional Association Standards. Defends violate all Standards under those Acrediations on, Smoking, Administrative Remedy Program, Access to Courts, Access to the Law Library, and illegal mail proceoures on Legal mail.

## Fourth Cause of Action
Violation of Constitutional Rights of a Inmate. Defendants actions are tortorys, cruel and unusel, the First Admenoment and others are violated daily to do harm. and block inmates access to the court system.

## Fifth Cause of Action
## Embezelment
Defendants take money of inmates from there trust account astablished by MDOC and still it. And attempeo to cover up there actions on statements given to inmates.

1         Six Cause of Action
2              Fraud
3  Defendants committ Fraud by illegally astabisihing accounts
4  for inmates and showing Funds not alailible when they
5  should be and use those funds for unauthorized purposes.
6
7         Seventh Cause of Action
8              Money Laundering
9  Defendants take stolen money and launder it through Bank
10 accounts identified and the money is used for illegal purposes
11 and no taxes is ever paid on them.
12
13        Eight Cause of Action
14             Perjury § 97-9-59
15 Defendants under oath lied and perjurred them
16 selves at the hearing of Plaintiff that lead to his injuries
17 and damages.
18
19        Ninth Cause of Action
20             Obstruction of Justice
21 Defendants in all allegations made against them obstructed
22 Justice and it led to the injuries and damages on Plaintiff.
23
24        Tenth Cause of Action
25     Refusal to give certified copie of paper § 97-11-17
26 Defendant failed to perform duties with criminal intent leading
27 to the damages and injuries of Plaintiff.
28

## Administrative Remedies

Plaintiff have ben denied his right to file a tort claim as codified in Mississippi code § 11-46-1 et seq... The forms and codes plaintiff requested were denied and told to him they don't exist. This bable to happen do to the law library not being available to pro se inmate to do his own reliable research. Plaintiff filed two (ARP'S) The Mississippi Department of Corrections have in place and the first one never came back with a response, at the time a inmate hand his ARP complaint in he is denied a copie of it which goes against the rights of inmate. (see inmate hand book) allso there is no reciept or case number given to the claim for inmate to prove he filed it, and on a certian day. The day filed is impatant because the ARP prossess has a 90 statute of limitation to be complete from start to finished unless a extention is granted. The institution chose to ignore my first one and with there tracking violations they got away with it. The second ARP is in the same situation as the first. My discovery will unvile thousands of such violations and my depositions will confearm discovered documents. The plaintiff has suffered and is suffering irreparable harm, harm that unless this court intervlien now, will cause his life, medical facts well documented. Pain plaintiff is having daily is cruel and unuseal punishment. A emergency injunction is part of this request for relief.

## Prayer For Relief

Plaintiff James H. Stern pray for relief as stated.

1. For personal injury claim $1,000,000 (one million dollars) for actual damages.

2. For violation of state laws on smoking, injunctive relief be granted. All smoking in living areas of inmates be stopped. No more smoking be permitted by officers or inmates in housing areas. And all established laws be honored, and payed for suffering & pain.

3. For violation of ACA standards, injunctive relief be granted. All ACA standards be reviewed on smoking, access to courts, access to law library, ARP, legal mail procedures and a order be given for MDOC to comply with them. Inmates Plaintiff be given access to a physical actual law library he can go into and have access to all law books, statutes, policies, type writers and all forms needed. The ARP prosess give inmates a filing number from the day they file complaint and MDOC comply with 90 day statute of limitation or face penaltys for violation. Inmates be given same right to certified mail in sending it, and certifie with return. And Plaintiff payed for suffering and pain caused.

4. For charges of embezelment, fraud and money laundrying, Plaintiff recieve all percentages as described under the whistle blowers law. And a out side independent accounting firm of Plaintiff chosen be aloud to audit all records of every inmates account by there MDOC number link to a trust account. Also a interview with all inmates on the subject of there trust account be granted. And Plaintiff be payed for suffering and pain caused.

5. For violation of Perjury, obstruction of justice and refusal to give certified copies, defendants be punished by established laws and Plaintiff be paid for suffering and pain.

6. Because defendants breached a duty owed to the Plaintiff and violated his rights and privileges and Plaintiff is not guilty of either contributory negligence or affirmative conduct in connection with events complained. And because defendants act in bad faith and ignored then existent law, acted with total malice, reckless disregard and deliberate indifferents, injurious intent with evil motives and are guilty of wrongful and tortous conduct Plaintiff ask $20,000,000 (twenty million) for punitive damages.

7. Plaintiff also ask for a additional $10,000,000 for suffering and pain. Plaintiff at all times had and have no access to the law library, law books, statues, policies, typwriters or legal forms making his experience in all this completly, mentaly, painfull. Plaintiff suffered to get this done under such illegal supresive conditions.

And all legal fees and billable hours to be paid by defendants.

All the above is true and correct under the penalty of Purjery

James H. [signature]
Pro Se.
1-21-08